UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMARA HAUST,

    Defendant.

Case No. 08-CR- **08 CR-330**

[Title 21, U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B); Title 18, U.S.C. § 2]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. Beginning in or about September 2007, and continuing until on or about February 20, 2008, in the State and Eastern District of Wisconsin and elsewhere,

**AMARA HAUST**

knowingly and intentionally conspired with persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(B), 846, and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON
Dated: 12/11/08

Steven M. Biskupic
United States Attorney